B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–30758**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Evelyn Gonzalez
   2833 North Major Avenue
   Chicago, IL 60634

Social Security / Individual Taxpayer ID No.:
   xxx–xx–4981

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: November 19, 2013

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 13-30758-ABG
Evelyn Gonzalez                                               Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin              Page 1 of 1         Date Rcvd: Nov 19, 2013
                              Form ID: b18             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2013.
db         +Evelyn Gonzalez,    2833 North Major Avenue,    Chicago, IL 60634-5234
20804133   +Bank of America,    450 American Street Credit Reporting,    Simi Valley, CA 93065-6285
20804137    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20804138   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20804139   +Kluever & Pratt LLC,    65 E. Wacker Place, #2300,    Chicago, IL 60601-7244
20804141    Kohls,    N56 W 17000 Ridgewood Driver,    Menomonee Falls, WI 53051
20804144   +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QBACHATZ.COM Nov 20 2013 00:23:00      Barry A Chatz,    Arnstein & Lehr,
             120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
20804132   +EDI: AGFINANCE.COM Nov 20 2013 00:23:00      American General Financial/Springleaf,
             Attention: Bankruptcy,    PO Box 3251,    Evansville, IN 47731-3251
20804134   +EDI: BANKAMER2.COM Nov 20 2013 00:23:00      Bank of America, N.A. *,    401 N. Tryon Street,
             NC1-021-02-20,    Charlotte, NC 28255-0001
20804135   +EDI: AIS.COM Nov 20 2013 00:23:00      Capital One, N.A. *,    c/o American Infosource,
             P.O Box 54529,    Oklahoma City, OK 73154-1529
20804136   +EDI: CAPITALONE.COM Nov 20 2013 00:23:00      Capital One, N.A.*,    1680 Capital One Drive,
             Mc Lean, VA 22102-3407
20804140   +EDI: CBSKOHLS.COM Nov 20 2013 00:23:00      Kohl's Credit *,    N56 W17000 Ridgewood Drive,
             Menomonee Falls, WI 53051-7096
20804143    EDI: AGFINANCE.COM Nov 20 2013 00:23:00      Springleaf Financial Services,    3615 W 95th Street,
             Evergreen Park, IL 60805
20804142    EDI: AGFINANCE.COM Nov 20 2013 00:23:00      Springleaf Financial Services,    Crestwood Center,
             13608 Cicero Avenue, Suite C,    Midlothian, IL 60445
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2013                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2013 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Mohammed O Badwan    on behalf of Debtor Evelyn  Gonzalez mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 3
```